UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CORINE ELAT,<br>　　　Plaintiff,<br><br>v.<br><br>CAROLINE RAÏSSA EMANDOP<br>NGOUBENE, ROXANE MARIE-<br>FRANÇOISE NGOUBENE, DANY<br>ESTELLE NGOUBENE,<br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:13-mc-00010-GLS-RFT<br><br>District of Maryland<br>(Southern Division)<br>Civil Action No. 11-2931-PWG |

**NOTICE OF WITHDRAWAL OF**
**MOTION TO QUASH AND FOR PROTECTIVE ORDER AS MOOT**

On January 14, 2013, Plaintiff Corine Elat filed a Motion to Quash and For Protective Order regarding a subpoena served in this District.  The parties have resolved the issues raised in the motion and, therefore, Plaintiff's motion has become moot and she respectfully withdraws it.

1

DATED this 4th day of March 2013.    Respectfully submitted,

        BAKER BOTTS L.L.P.

        */s/ Erik T. Koons*
           Erik T. Koons
           U.S. District court for the Northern District
           of New York Bar No. 302351
           erik.koons@bakerbotts.com

           Stephen M. Ng
           D.C. Bar No. 984733
           stephen.ng@bakerbotts.com

        1299 Pennsylvania Avenue, NW
        Washington, D.C. 20004
        Telephone:  (202) 639-7700
        Fax:  (202) 585-4075

           Van Beckwith
           Texas State Bar No. 02020150
           van.beckwith@bakerbotts.com

           Jonathan R. Mureen
           Texas State Bar No. 24060313
           jon.mureen@bakerbotts.com

           Russell W. Fusco
           Texas State Bar No. 24069743
           russell.fusco@bakerbotts.com

        2001 Ross Avenue, Suite 600
        Dallas, Texas 75201-2080
        Telephone:  (214) 953-6500
        Facsimile:  (214) 855-8200

        *ATTORNEYS FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2013, I caused a copy of the foregoing to be served on Defendants' counsel via email:

>Timothy F. Maloney, Esq.
>tmaloney@jgllaw.com
>Hina Z. Hussain
>hhussain@jgllaw.com
>Joseph, Greenwald & Laake, P.A.
>6404 Ivy Lane
>Suite 400
>Greenbelt, MD 20770
>*Counsel for Defendants*

March 4, 2013                            */s/ Erik T. Koons*_____
                                         Erik T. Koons
                                         U.S. District Court for the Northern District
                                         of New York Bar. No. 302351


                                         ***Attorney for Plaintiff Corine Elat***